UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORGE JUAREZ, JORGE MOLINA, ROMEL ARGULEO, RUBEN FLORES, and WILSON ROJAS, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

ROSSINI'S PLACE INC., RAYMOND BERNAZ, GERRY BERNAZ, and JOSIP CERNJUL,

    Defendants.

Case No. 18 –cv-00992-WHP

NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

---

**PLEASE TAKE NOTICE** that the claims of this action is hereby dismissed without prejudice as against the Defendants, pursuant to federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: New York, New York
      May 3, 2018

JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Ste. 601
New York, New York 10004
Telephone: (212) 688-5640
*ATTORNEYS FOR PLAINTIFFS*

/s/ D. Maimon Kirschenbaum
D. Maimon Kirschenbaum, Esq.

SO ORDERED:

Dated: May 4, 2018
     New York, New York

_____
WILLIAM H. PAULEY III
U.S.D.J.